IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.O. *INDIVIDUALLY AND, BY AND THROUGH HIS LEGAL GUARDIAN, CHRISTINE CORRIGAN* | : : : : : | |
| v. | : : | CIVIL ACTION NO. 24-4322 |
| UNIVERSAL HEALTH SERVICES, INC., *et al.* | : : : | |

**ORDER**

This 19th day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF 8) is **GRANTED**.[1] The Clerk of Court is directed to **REMAND** this case to the Philadelphia County Court of Common Pleas.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Defendants' Motions to Dismiss (ECF 3, ECF 9, ECF 21) are reserved for consideration by the state court following remand.